**Order entered February 6, 2015.**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01617-CV

### BOSTON SCIENTIFIC CORPORATION, Appellant

### V.

### MARTHA SALAZAR AND FELIX SALAZAR, Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14349**

## ORDER

By letter dated February 4, 2015, Court Reporter Deana Rouse requested a thirty day extension of time to file the reporter's record. We **GRANT** her request. The reporter's record shall be filed within thirty days of the date of this order.

/s/    CRAIG STODDART
       JUSTICE